[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 1.]

ANTHONY, APPELLANT, *v.* COLUMBUS BOARD OF EDUCATION ET AL.,
APPELLEES.

[Cite as *Anthony v. Columbus Bd. of Edn.*, 1995-Ohio-94.]

*Schools—Tort liability—Statutes of limitations—R.C. 2744.04(A) is unconstitutional as applied to minors.*

(No. 95-1391 and 95-1607—Submitted September 12, 1995—Decided October 18, 1995.)

APPEAL from and CERTIFIED BY the Court of Appeals for Franklin County, No. 94APE10-1577.

———————————

*Tyack, Blackmore & Liston Co., L.P.A.*, and *Thomas M. Tyack*, for appellant.

*Crabbe, Brown, Jones, Potts & Schmidt* and *Michael R. Henry*, for appellee Columbus Board of Education.

———————————

{¶ 1} The discretionary appeal in case No. 95-1391 is allowed.

{¶ 2} Case No. 95-1391 is consolidated with case No. 95-1607.

{¶ 3} In case No. 95-1607, the Court of Appeals for Franklin County, finding its decision to be in conflict with the decision of the Court of Appeals for Henry County in *Young v. Napoleon Bd. of Edn.* (1994), 93 Ohio App.3d 28, 637 N.E.2d 393, certified the record of the case to this court for review and final determination. The certified conflict is accepted by this court.

{¶ 4} The judgment of the court of appeals is reversed on the authority of *Adamsky v. Buckeye Local School Dist.* (1995), 73 Ohio St.3d 360, 653 N.E.2d 212, and the cause is remanded to the trial court for further proceedings.

M<span>OYER</span>, C.J., D<span>OUGLAS</span>, R<span>ESNICK</span>, F.E. S<span>WEENEY</span>, P<span>FEIFER</span> and C<span>OOK</span>, JJ., concur.

W<span>RIGHT</span>, J., dissents.

————————————